# UNITED STATES DISTRICT COURT

Southern District of Illinois

*Resentencing*

FILED
FEB 03 2012

**UNITED STATES OF AMERICA**

v.

**CHARLES W. ROBERTSON**

**Judgment in a Criminal Case**

(For **Revocation** of Probation or Supervised Release)

Case No. 4:93CR40045-001-JPG

USM No. 02303-025

Daniel A. Orloski

Defendant's Attorney

## THE DEFENDANT:

☑ admitted guilt to violation of condition(s)  as alleged below  of the term of supervision.

☐ was found in violation of condition(s)  _____  after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Statutory | The defendant committed the offense of Unlawful Poss. With Intent to Deliver More Than 5000 Grams of Cannabis | 09/27/2009 |
| Standard # 2 | The defendant failed to file monthly reports timely | 04/28/2007 |

The defendant is sentenced as provided in pages 2 through ___4___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 6810

Defendant's Year of Birth:    1951

City and State of Defendant's Residence:
Creal Springs, IL 62922

02/02/2012

Date of Imposition of Judgment

Signature of Judge

J. Phil Gilbert                    District Judge

Name and Title of Judge

Date

DEFENDANT:  CHARLES W. ROBERTSON
CASE NUMBER:  4:93CR40045-001-JPG

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| Special | The defendant failed to call the On Site Drug Testing Program | 03/16/2009 |

DEFENDANT: CHARLES W. ROBERTSON
CASE NUMBER: 4:93CR40045-001-JPG

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of :

34 months (Said sentence to run consecutive to case 10CR40007-001-JPG)   The Court imposes the sentence based upon the 3553 factors: A. The nature & circumstances of the offense & the History & characteristics of the defendant. B. To reflect the seriousness of offense, to promote respect for the law & to provide just punishment for the offense.  See page 4

☐   The court makes the following recommendations to the Bureau of Prisons:

☑   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:

    ☐    at _____ ☐ a.m.   ☐ p.m.    on _____ .

    ☐    as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐    before 2 p.m. on _____ .

    ☐    as notified by the United States Marshal.

    ☐    as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

DEFENDANT:  CHARLES W. ROBERTSON
CASE NUMBER:  4:93CR40045-001-JPG

## ADDITIONAL IMPRISONMENT TERMS

C.  To afford adequate deterrence to criminal conduct 18 U.S.C. 3553 (a)(2)©

D.  To protect the public from further crimes of the defendant (18 U.S.C. 3553(a)(2)(C)